Maureen Gaughan
Bankruptcy Trustee
PO Box 6729
Chandler, Arizona 85246

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
TAYLOR, JAY R.                                  §          Case No. 12-02568-PHX BMW
TAYLOR, CARY L.                                 §
                                                §
                       Debtor(s)                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
        . The case was converted to one under Chapter 7 on               . The
undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Maureen Gaughan _____
                                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No: | 12-02568-PHX BMW Judge: BRENDA MOODY WHINERY |
| Case Name: | TAYLOR, JAY R. |
| | TAYLOR, CARY L. |
| For Period Ending: | 04/07/14 |

| | |
|---|---|
| Trustee Name: | Maureen Gaughan |
| Date Filed (f) or Converted (c): | 08/14/12 (c) |
| 341(a) Meeting Date: | 09/20/12 |
| Claims Bar Date: | 02/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Single Family Residence 982 E. San Tan Drive Gilbe | 187,300.00 | 0.00 | | 0.00 | FA | 240,141.00 | 150,000.00 |
| 2. Desert Schools Credit Union Checking Acct No. 8172 | 198.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 3. Desert Schools Credit Union Savings Acct No. 8172 | 25.00 | 25.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Sofas, chair, tv, coffee table, end tables, kitche | 3,200.00 | 0.00 | | 0.00 | FA | 0.00 | 8,000.00 |
| 5. Dvd player, vhs player, video game system, freezer | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Books | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 7. DVDs. CDs | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Family Pictures | 30.00 | 0.00 | | 0.00 | FA | 0.00 | 8,000.00 |
| 9. Woman's Wardrobe | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 10. Man's Wardrobe | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 11. Costume jewelry | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. Camera | 10.00 | 10.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. 401(k) Plan Administered by Fidelity Investments | 20,159.00 | 0.00 | | 0.00 | FA | 0.00 | 20,159.00 |
| 14. 401(k) Plan Administered by Fidelity Investments | 10,856.00 | 0.00 | | 0.00 | FA | 0.00 | 10,856.00 |
| 15. 8 Shares/Dish Network stock | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. 2003 Toyota 4-Runner SR5 Mileage: 108,172 | 7,887.00 | 1,819.00 | | 0.00 | FA | 1,068.00 | 5,000.00 |
| 17. 2005 Toyota Sienna LE Mileage: 104,375 | 8,511.00 | 2,438.00 | | 0.00 | FA | 1,073.00 | 5,000.00 |
| 18. 1990 Buick Riviera Mileage: | 3,200.00 | 3,200.00 | | 800.00 | FA | 0.00 | 0.00 |
| 19. Personal Computer | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 20. 5 dogs, 1 snake, 1 turtle | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 21. TAX REFUND (u) 2011 AND PRO RATA 2012 | 0.00 | 0.00 | | 6,431.11 | FA | 0.00 | 0.00 |
| 22. WAGES (u) | 0.00 | 0.00 | | 576.13 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $242,926.00 | $8,192.00 | | $7,807.24 | $0.00 | $242,282.00 | $209,965.00 |

(Total Dollar Amount in Column 6)

LFORM1EX UST Form 101-7-TFR (5/1/2011) (Page: 2)    Case 2:12-bk-02568-BMW    Doc 68    Filed 04/22/14    Entered 04/22/14 11:33:14    Desc    Ver: 17.05c

Page 3 of 10

| | | |
|---|---|---|
| Case No: | 12-02568-PHX    BMW    Judge: BRENDA MOODY WHINERY | |

| | |
|---|---|
| Trustee Name: | Maureen Gaughan |
| Date Filed (f) or Converted (c): | 08/14/12 (c) |
| 341(a) Meeting Date: | 09/20/12 |
| Claims Bar Date: | 02/05/13 |

Case Name:    TAYLOR, JAY R.

TAYLOR, CARY L.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/20/15        Current Projected Date of Final Report (TFR): 08/20/15

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-02568-PHX -BMW | |
| Case Name: | TAYLOR, JAY R. | |
| | TAYLOR, CARY L. | |
| Taxpayer ID No: | *******0206 | |
| For Period Ending: | 04/07/14 | |

| | |
|---|---|
| Trustee Name: | Maureen Gaughan |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******1944 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 72,661,955.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 11/02/12 | 21 | EDWARD ,MANEY | TAX REFUND | 1224-000 | 527.68 | | 527.68 |
| | 05/08/13 | 21 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 5,834.00 | | 6,361.68 |
| * | 05/09/13 | 001001 | JAY R. TAYLOR | Non Estate Funds | 8500-000 | | 1,375.24 | 4,986.44 |
| | | | CARY TAYLOR | | | | | |
| | | | 2064 S CONSTELLATION COURT | | | | | |
| | | | GILBERT, AZ 85295 | | | | | |
| * | 05/09/13 | 001001 | JAY R. TAYLOR | Non Estate Funds | 8500-000 | | -1,375.24 | 6,361.68 |
| | | | CARY TAYLOR | | | | | |
| | | | 2064 S CONSTELLATION COURT | | | | | |
| | | | GILBERT, AZ 85295 | | | | | |
| | 05/22/13 | 21, 22 | JAY R. TAYLOR | WAGES | 1229-000 | 645.56 | | 7,007.24 |
| | 06/26/13 | 18 | SIERRA AUCTION MGMT INC. | SALE OF ASSET AT AUCTION | 1129-000 | 800.00 | | 7,807.24 |
| | | | 3570 NW GRAND AVENUE | | | | | |
| | | | PHOENIX, AZ. 85019 | | | | | |
| | 07/24/13 | 001002 | SIERRA AUCTION MGMT INC. | AUCTIONEER FEES | 3610-000 | | 80.00 | 7,727.24 |
| | | | 3570 NW GRAND AVENUE | | | | | |
| | | | PHOENIX, AZ. 85019 | | | | | |
| | 07/24/13 | 001003 | SIERRA AUCTION MGMT INC. | AUCTIONEER'S COSTS | 3620-000 | | 300.00 | 7,427.24 |
| | | | 3570 NW GRAND AVENUE | | | | | |
| | | | PHOENIX, AZ. 85019 | | | | | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 7,807.24 | 380.00 |

Ver: 17.05c

Case No:          12-02568-PHX  -BMW

Case Name:     TAYLOR, JAY R.

                       TAYLOR, CARY L.

Taxpayer ID No:  *******0206

For Period Ending:  04/07/14

Trustee Name:                          Maureen Gaughan

Bank Name:                             Bank of Kansas City

Account Number / CD #:          *******1944  Checking Account

Blanket Bond (per case limit):  $ 72,661,955.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,807.24 | 380.00 | 7,427.24 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,807.24 | 380.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,807.24 | 380.00 | |
| | | | | | NET | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******1944 | | 7,807.24 | 380.00 | 7,427.24 |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 7,807.24 | 380.00 | 7,427.24 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                    0.00                  0.00

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 6)   Case 2:12-bk-02568-BMW   Doc 68   Filed 04/22/14   Entered 04/22/14 11:33:14   Desc

Page 6 of 10

Ver: 17.05c

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 12-02568-PHX BMW
Case Name: TAYLOR, JAY R.
           TAYLOR, CARY L.
Trustee Name: Maureen Gaughan

        Balance on hand                                        $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013A | Capital One, N.A. | $ | $ | $ | $ |
| 000014A | Capital One, N.A. | $ | $ | $ | $ |
| 000017 | Bank of America, NA | $ | $ | $ | $ |

       Total to be paid to secured creditors         $_____

       Remaining Balance                       $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Maureen Gaughan | $ | $ | $ |
| Trustee Expenses: Maureen Gaughan | $ | $ | $ |
| Auctioneer Fees: SIERRA AUCTION MGMT INC. | $ | $ | $ |
| Auctioneer Expenses: SIERRA AUCTION MGMT INC. | $ | $ | $ |

       Total to be paid for chapter 7 administrative expenses    $_____

       Remaining Balance                       $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Desert Schools FCU | $ | $ | $ |
| 000002 | Keystone Recovery Partners LLC, Series A | $ | $ | $ |
| 000003 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 000004 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 000005 | Merrick Bank | $ | $ | $ |
| 000006 | Quantum3 Group LLC as agent for | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000008 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000009 | American Express Bank, FSB | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000011 | National Bank of Arizona | $ | $ | $ |
| 000012 | PHARIA L.L.C. | $ | $ | $ |
| 000015 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000016 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000018 | Checkmate Payday Loans | $ | $ | $ |
| 000019 | Checkmate Payday Loans | $ | $ | $ |
| 000020 | Zions First National Bank | $ | $ | $ |
|  | Capital One, N.A. | $ | $ | $ |
|  | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE


   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE